## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:08CR-2-JHM** |
| **STEVEN GENE MILLER** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The Defendant, Steven Gene Miller, by consent and with Jamie Haworth on behalf of Laura Wyrosdick, Assistant Federal Defender, appointed counsel, appeared in open court on August 4, 2008, and entered pleas of guilty as to Counts 1 - 3 of the Indictment and agreed to forfeiture under Count 4 with a written plea agreement pursuant to Rule 11(c)(1)(B). The United States was represented by Robert Bonar, Assistant United States Attorney. The hearing was recorded by Dena Legg, official court reporter. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11. The Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 - 3 of the Indictment, and that the offenses charged is supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the pleas of guilty be accepted, and that the Defendant be adjudged guilty as to Counts 1 - 3 in the Indictment and have sentence imposed

accordingly.  Sentencing is hereby scheduled for **November 3, 2008 at 11:00 a.m.** before the Honorable Joseph H. McKinley, Jr., United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P.  72(b), or waive the opportunity to do so.   The defendant shall be **remanded**  in custody of the Untied States Marshal.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 30 |